David Frank SPRINKLE,
Plaintiff—Appellant,

v.

Fred SCHILLING, Director; Stanley Cypress, Medical Doctor; Nurse Elko, Defendants—Appellees.

No. 07–7086.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 17, 2007.

David Frank Sprinkle, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Frank Sprinkle appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sprinkle v. Schilling,* No. 7:07–cv–00335–gec, 2007 WL 2048924 (W.D.Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*